# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HERMAN L. BARTON, JR.,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-6, et al.,<br><br>                Defendants. | CASE NO. C17-0608JLR<br><br>ORDER OF DISMISSAL |

On June 26, 2017, the court dismissed *pro se* Plaintiff Herman L. Barton, Jr.'s first amended complaint because he failed—for the second time—to allege facts providing a basis for the court's subject matter jurisdiction. (6/26/17 Order (Dkt. # 11) at 4-5.) The court granted Mr. Barton until July 10, 2017, to amend his first amended complaint to remedy this deficiency. (*Id.* at 6.) However, the court cautioned Mr. Barton that his failure to timely amend the complaint or remedy the deficiencies identified in the court's order would result in dismissal without leave to amend. (*Id.*)

//

ORDER - 1

1 | Mr. Barton's deadline to file a second amended complaint passed on July 10,
2 | 2017, and he has filed nothing further in this matter. (*See* Dkt.) Accordingly, the court
3 | DISMISSES this case WITH PREJUDICE.

Dated this 11th day of July, 2017.

_____
JAMES L. ROBART
United States District Judge